JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LAUREN REDNOUR,<br><br>            Plaintiff,<br><br>     v.<br><br>MARITZ MOTIVATION SOLUTIONS, INC., a Missouri corporation; MARITZ HOLDINGS, INC., a Missouri Corporation; and DOES 1 through 60,<br><br>            Defendants. | Case No. 8:18-cv-1428 JLS (KESx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 6, 2018<br>Trial Date:       None Set<br>District Judge:  Josephine L. Staton |

# **ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 12, 2019

JOSEPHINE L. STATON
The Honorable Josephine L. Staton
United States District Court
Central District of California

Proposed Order for Dismissal.docx